FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ F. 25 2013 ★

LONG  D OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
MICHAEL GIBSON,

            Plaintiff,

   -against-

NASSAU COUNTY SHERIFF DEPT.,
and SHERIFF SPOSATO,

            Defendants.
-------------------------------------------------X

ORDER
13-CV-00913 (SJF)(WDW)

FEUERSTEIN, District Judge:

Pursuant to the Court's February 13, 2012 Order of Consolidation, the Court has reviewed the instant complaint and finds that it relates to the subject matter of the Consolidated Action, Anderson, et al. v. Sposato, et al., 11-CV-5663 (SJF)(WDW). Accordingly, this action shall proceed in accordance with the Order of Consolidation, a copy of which is annexed hereto. Given the consolidation, the Court's scheduling Order, dated February 11, 2013, shall govern with regard to this plaintiff as well. A copy of the scheduling order is annexed hereto.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed.2d 21 (1962).

The Clerk of the Court is directed to mail a copy of this Order, the Order of Consolidation and the February 11, 2013 scheduling Order to the pro se plaintiff at his last known address.

                                             SO ORDERED.

                                             /s/ Sandra J. Feuerstein
                                           Sandra W. Feuerstein
                                           United States District Judge

Dated: February 25, 2013
         Central Islip, New York